**Appeal Dismissed and Memorandum Opinion filed March 5, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00817-CV**

_____

**JOSEPH  ASHTON  ROCKO, Appellant**

**V.**

**PETER  GEORGE, Appellee**

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1090144**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed September 30, 2019. The clerk's record was filed November 6, 2019. No reporter's record was filed.

On January 14, 2020, this court issued an order stating that unless appellant filed a brief on or before February 13, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Poissant.